AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEW JERSEY

ERIK BILAL KHAN
*Petitioner*

v.                                    Case No. _____
                                      (Supplied by Clerk of Court)

STEVIE Knight, WARDEN
*Respondent*
(name of warden or authorized person having custody of petitioner)

RECEIVED JUN -5 2023 AT 8:30 CLERK, U.S. DISTRICT COURT - DNJ

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: ERIK BILAL KHAN
   (b) Other names you have used: ERIK KHAN

2. Place of confinement:
   (a) Name of institution: Fed. Corr. Inst. Fort Dix
   (b) Address: PO Box 2000, Joint Base MDL, NJ 08640
   (c) Your identification number: 66770-051

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court for the District of New Mexico (Brack, J.)
   (b) Docket number of criminal case: 12-cr-02901-RB
   (c) Date of sentencing: June 27, 2016
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain):* exclusion from the time-credit award system created by the First Step Act is a violation of the Fifth Amendment.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Federal Bureau of Prisons/U.S. Congress
   (b) Docket number, case number, or opinion number: Pub. L. 115-391, 132 STAT. 5196,
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* PS 5410.01
   The statutory exclusion of child pornography offenders from the time-credit system under 18 U.S.C. 3632(d)(4)(0)(xxxix) and (xli)
   (d) Date of the decision or action: December 21, 2018

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: The Bureau of Prisons does not have the authority to refuse to execute and apply a statute. Accordingly, exhaustion through the BoP would clearly be futile. Congress does not have available remedies.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

KHAN, ERIK  66770051

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes    ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☒ No

    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

KHAN, ERIK 66770051

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes       ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes       ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes       ☐ No

KHAN, ERIK 66770051

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

KHAN, ERIK 66770051

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The statutory exclusion of child pornography offenders from the time-credit reward systems violates the equal protection component of the Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

As explained more thoroughly in the attached Memorandum, Congress allows enticement/transportation offenders to recieve the early release benefit but excludes the similarly situated child pornography offenders. There is no rational basis for such differential treatment between the similarly situated offenders.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No    ✓ N/A

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The claims presented herein were not addressed to the BoP through administrative remedies because it would be futile to do so. Otherwise, Congress does not have any procedures for challenging laws outside of presentation to a federal Court.

**Request for Relief**

15. State exactly what you want the court to do: (i) issue a declaration holding that excluding child pornography offenders from being granted time-credit awards while permitting enticement/transportation offenders to accrue time-credits violates the Fifth Amendment's equal protection component; (ii) enjoin the Bureau of Prisons from enforcing 18 U.S.C. Sec. 3632(d)(4)(D)(xxxix) and 18 U.S.C. Sec. 3632(d)(4)(D)(xli); (iii) order the Bureau of Prisons to calculate Petitioner's time-credits; and (iv) grant all other relief that is just and proper.

KHAN, ERIK 66770051

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 5/30/2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/30/2023

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

KHAN, ERIK 66770051